**Order entered July 14, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00776-CV

**KSADD, LLC, Appellant**

**V.**

**JOAN WILLIAMS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-03455-D**

## ORDER

We **GRANT** the motion of Coral Hough, Official Court Reporter for the County Court at Law No. 4, for an extension of time to file the reporter's record **TO THE EXTENT** that the reporter's record shall be filed by **JULY 27, 2015**. *See* TEX. R. APP. P. 35.3(c).

/s/     ELIZABETH LANG-MIERS
          JUSTICE